FILED _____ LODGED
_____ RECEIVED

MAR 28 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

10-CV-05822-ORD

Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| KAREN SLATER, individually and on behalf of the ESTATE OF BEVERLY JEAN MAUCK, a deceased person, ALLEN MAUCK and PAMELA MAUCK, individually and RYAN REHBERG, PERSONAL REPRESENTATIVE on behalf of the ESTATE OF BRIAN MAUCK, a deceased person,<br><br>Plaintiffs,<br><br>v.<br><br>HAROLD W. CLARKE, KEVIN BURKE, individually, RICHARD RANGE, individually, WILLIAM LOCHRIE, individually, ERIN DONNELLY, individually, and JOHN DOES 1-10,<br><br>Defendants. | NO. 3:10-cv-05822-RBL<br><br>[PROPOSED] ORDER GRANTING MOTION TO CLARIFY DISCOVERY ORDER BY DEFENDANTS BURKE, DONNELLY, LOCHRIE, AND RANGE |

[PROPOSED] ORDER GRANTING MOTION TO
CLARIFY DISCOVERY ORDER –
NO. 3:10-cv-05822-RBL

1

ATTORNEY GENERAL OF MASSACHUSETTS
Criminal Bureau, Appeals Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200

THIS MATTER coming on for hearing on the motion of Defendants Kevin Burke, Erin Donnelly, William Lochrie, and Richard Range (the "Movants"), for an order clarifying that all discovery, including the Movants' obligation to provide initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), is stayed until the Movants' dispositive Rule 12 Motions to Dismiss (Dkt # 28, 29) have been resolved, Defendants Burke, Donnelly, and Lochrie appearing through Natalie S. Monroe and Jessica V. Barnett, Assistant Attorneys General from the Office of the Massachusetts Attorney General, and Glen A. Anderson, Senior Counsel from the Office of the Washington State Attorney General; Defendant Range appearing through Timothy M. Burke and Jeffrey A.O. Freimund; and plaintiffs appearing through John R. Connelly, Jr., Micah R. LeBank, John J. Greaney, and Karen J. Scudder, and the Court having considered the records and files herein, and:

1. Motion to Clarify Discovery Order by Defendants Burke, Donnelly, Lochrie, and Range;

2. Any documents filed in response by plaintiffs; and

3. Any reply documents filed by defendants;

And being fully advised; now, therefore,

IT IS HEREBY ORDERED that the Motion to Clarify Discovery Order by Defendants Burke, Donnelly, Lochrie, and Range is GRANTED.

DATED this ___ day of March, 2011.

_____
JUDGE RONALD B. LEIGHTON

[PROPOSED] ORDER GRANTING MOTION TO CLARIFY DISCOVERY ORDER – NO. 3:10-cv-05822-RBL

2

ATTORNEY GENERAL OF MASSACHUSETTS
Criminal Bureau, Appeals Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | Natalie S. Monroe (admitted *pro hac vice*)<br>Jessica V. Barnett (admitted *pro hac vice*) |
| 4 | Office of the Massachusetts Attorney General<br>Assistant Attorneys General |
| 5 | Criminal Bureau<br>One Ashburton Place |
| 6 | Boston, Massachusetts 02108<br>(617) 727-2200, ext. 2842 |
| 7 | jessica.barnett@state.ma.us |
| 8 | Glen A. Anderson, WSBA #17490<br>Assistant Attorney General |
| 9 | Office of the Washington State Attorney General<br>Torts Division |
| 10 | P.O. Box 2317<br>Tacoma WA 98401 |
| 11 | (253) 593-5243<br>(253) 593-2449 fax |
| 12 | GlenA@atg.wa.gov |
| 13 | *Attorneys for Defendants Harold W. Clarke, Kevin Burke,*<br>*Erin Donnelly, and William Lochrie* |
| 14 | |
| 15 | Timothy M. Burke (admitted *pro hac vice*)<br>Law Offices of Timothy M. Burke |
| 16 | 160 Gould Street, Suite 111<br>Needham, MA 02494 |
| 17 | (781) 455-0707<br>tburke@ timburkelaw.com |
| 18 | Jeffrey A.O. Freimund |
| 19 | FREIMUND JACKSON TARDIFF & BENEDICT GARRETT<br>711 Capitol Way South, Suites 602 and 605 |
| 20 | Olympia, WA 98501<br>(360) 534-9960 |
| 21 | jefff@fjtlaw.com |
| 22 | *Attorneys for Defendant Richard Range* |
| 23 | |
| 24 | |
| 25 | |