| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN SLATER, individually and on behalf of the ESTATE OF BEVERLY JEAN MAUCK, a deceased person; ALLEN MAUCK and PAMELA MAUCK, individually; and RYAN REHBERG, PERSONAL REPRESENTATIVE on behalf of the ESTATE OF BRIAN MAUCK, a deceased person,<br><br>Plaintiffs,<br><br>v.<br><br>HAROLD W. CLARKE; KEVIN BURKE, individually; RICHARD RANGE, individually; WILLIAM LOCHRIE, individually; ERIN DONNELLY, individually; and JOHN DOES 1-10,<br><br>Defendant. | Case No. C10-5822RBL<br><br>ORDER |

THIS MATTER is before the Court on Defendants Kevin Burke and Erin Donnelly's Motion for Reconsideration [Dkt. #55].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule 7, motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h). This standard has not been met in this case. Defendants merely restate the same arguments they made

ORDER
Page - 1

in prior filings in this case. Therefore, Defendants Kevin Burke and Erin Donnelly's Motion for Reconsideration [Dkt. #55] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 5th day of October, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE